**George Andrew VAUGHN, Appellant,**

v.

**George W. BUSH, United States President; Attorney General, United States Department of Justice; State of Minnesota; Minnesota Department of Corrections, Appellee.**

No. 05–1980.

United States Court of Appeals, Eighth Circuit.

Submitted Aug. 5, 2005.

Decided Aug. 11, 2005.

George Andrew Vaughn, Faribault, MN, pro se.

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Minnesota inmate George Andrew Vaughn appeals the district court's* dismissal of Vaughn's civil rights action with prejudice under 28 U.S.C.1915A. Having carefully reviewed the record de novo, we agree with the district court that Vaughn's action was barred by issue and claim preclusion. *See Canady v. Allstate Ins. Co.,* 282 F.3d 1005, 1014–16 (8th Cir.2002) (ele-

ments of issue and claim preclusion). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

* The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.